# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 25, 2024**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Arredondo, Nicholas | Docket No. | 0980 1:24CR02031-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Nicholas Arredondo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 29th day of April 2024, under the following conditions:

**Special Condition #9: GPS (Global Positioning System) Location Monitoring:** Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the Unites States Marshals Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 30, 2024, a U.S. probation officer reviewed with Mr. Arredondo all the conditions of release, he acknowledged a full understanding of all his conditions.

**Violation #1:** Mr. Arredondo is alleged to be in violation of his pretrial release conditions by tampering with his location monitoring GPS tracker device on or before July 22, 2024.

On July 22, 2024, at 3:10 p.m., this officer received an alert from BI Total Access (BI) advising that there was a GPS strap tamper on Mr. Arredondo's GPS device, indicating the GPS unit strap could have been tampered with. This officer contacted Mr. Arredondo at 3:15 p.m. and directed him to report to the probation office to inspect the GPS unit due to the tamper alert. Mr. Arredondo said he just got out of the shower and would report in the next 30 minutes. At approximately 3:37 p.m., Mr. Arredondo reported to the probation office. This officer inspected the GPS tracker device and discovered holes punctured on a security clip that secured the strap to the GPS tracker device. Mr. Arredondo was questioned about this, and he reported he noticed the punctured holes 3 days prior. This officer asked Mr. Arredondo why he decided not to contact the probation office. Mr. Arredondo said because he thought this officer installed the security clip that way.

The holes punctured into the security clips are consistent with intentional tampering with the unit and are not normal wear and tear. This officer took photos of the punctured security clips and will provide them to the assigned parties.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Re: Arredondo, Nicholas
July 24, 2024
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2024

by s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

July 25, 2024
Date