FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ARREDONDO,<br><br>Defendant. | No. 1:24-CR-02031-SAB-1<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 43. The motion was heard without oral argument. Defendant is represented by Peter Mazzone. The United States is represented by Caitlin Baunsgard and Benjamin Seal.

The United States asks to dismiss the Indictment filed in the above-captioned case because the conduct alleged is now encompassed in the Superseding Indictment in 1:24-CR-2027-SAB. It indicates Defendant does not object to this motion.

Accordingly, **IT IS ORDERED**:

1. Pursuant to Fed. R. Cr. P. 48(a) the United States' Motion to Dismiss Indictment, ECF No. 43, is **GRANTED**.

//

//

//

//

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** ~ 1

2.  The Indictment filed in the above-captioned case, ECF No. 18, is **DISMISSED.**

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of November 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT ~ 2**